## Case No. 16,905.

### VEATCH v. HARBAUGH.

[1 Cranch, C. C. 402.] [1]

Circuit Court, District of Columbia. June Term, 1807.

PRACTICE—FILING PLEADINGS—CONTINUANCE.

The plaintiff will not be permitted to file his replication, after the rule-day. and in term time, but upon condition of a continuance of the cause to the next term.

This suit was brought to July term, 1803. A rule was laid on the plaintiff to reply by the last rule-day. A replication was filed without consent. on the second day of this court and not on the rule-day.

Mr. Vanhorn. for plaintiff.
Mr. Morsell. for defendant.

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

THE COURT refused to receive the replication but upon the terms of a continuance to the opposite party.